UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF

FILED

2005 DEC -2  P 2: 47

CLERK, US DIST. CT
EASTERN DIST. OF CALIF
BY_____

| | |
|---|---|
| PAUL BELL,<br><br>    Plaintiff - Appellant,<br><br>v.<br><br>TERRY MCNALLY; et al.,<br><br>    Defendants - Appellees. | No. 05-17231<br><br>D.C. No. CV-05-01357-REC/LJO<br><br><br>**ORDER** |

This appeal has been taken in good faith   [ ]

This appeal is not taken in good faith   [X]

Explanation: Action dismissed pursuant to Younger v. Harris

_____
Judge
United States District Court

Date: Dec. 2, 05